■ JOSEPH E. DEMPSEY, Respondent, v. NORWEGIAN AMERICA LINE AGENCY, INC., Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHRIS PETERS, Respondent.— Order entered on May 31, 1960, vacating and setting aside an order of the court, dated July 29, 1959, approving a New York County Grand Jury's direction to the District Attorney to file an information against the defendant in the Court of Special Sessions of the City of New York, and dismissing the informations, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE A. KENNY, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE A. KENNY, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFONSE INDELICATO, Alias SONNY RED, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFONSE INDELICATO, Alias SONNY RED, Appellant.— Order entered on June 28, 1960, denying defendant's application for a writ of error *coram nobis*, and order entered on January 24, 1961, granting defendant's motion for reargument, and, upon such reargument, adhering to its original decision denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS RICHARDSON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST REED. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LEE THOMAS YOUNG. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD ORR. (E) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. MARIO PERNA. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH TOTARI. (H) THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD GRAVES. (I) THE PEOPLE OF THE STATE OF NEW YORK v. AUGUSTINE RODRIGUEZ. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ In the Matter of ARTHUR WEIDER. NORMA H. WEIDER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 27, 1961, with notice of argument for May 9, 1961, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of MARY A. STROUD v. JOHN M. MURTAGH, as Chief Justice of the Court of Special Sessions, et al.— Motion to dismiss petition as a matter of law granted and the proceeding dismissed, with $20 costs and disbursements to the respondents. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HULAN E. JACK.— Motion to dispense with printing granted only insofar as to permit the appeal to